# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GREGORY P. MOUTON AND
MARIVETTE V. MOUTON

VERSUS

LOWE'S HOME CENTERS, LLC
D/B/A LOWE'S HOME
IMPROVEMENT, DAVID
DEBENEDETTO, SHANE (LAST
NAME UNKNOWN), TREMYA
ANTHONY, AND KELSI (LAST
NAME UNKNOWN)

NO.   2024 CW 0565

AUGUST 1, 2024

---

In Re:    Gregory P. Mouton and Marivette V. Mouton, applying for
          supervisory writs, 19th Judicial District Court, Parish
          of East Baton Rouge, No. 734723.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.** Louisiana Code of Civil Procedure article 2161 provides that an appeal shall not be dismissed for an irregularity, error or defect unless it is imputable to the appellant. Further, it has long been recognized that an appeal will not be dismissed if the record has not been timely sent by the district court to the appellate court through no fault of the appellant. See **Felder v. Springfield Farmers' Co-op. Ass'n**, 29 So.2d 547 (La. App. 1st Cir. 1947) and **Sirone v. Distenfano**, 67 So.2d 150 (La. App. 1st Cir. 1953).

MRT
WRC
CHH

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT